**IN THE UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF ALABAMA
SOUTHERN DIVISION**

| | |
|---|---|
| **ALLSTATE INSURANCE COMPANY,** ) | |
| ) | |
| **Plaintiff/Counter-defendant,** ) | |
| ) | |
| vs. ) | Civil Action No. 06-0554-CG-C |
| ) | |
| **MARY FORD JACKSON,** ) | |
| ) | |
| **Defendant/Counter-plaintiff.** ) | |

## ORDER

The above-styled action came on for trial by jury on December 18, 19, and 20, 2007, before the Honorable Callie V. S. Granade, Chief United States District Judge.  The jury was selected and sworn on December 4, 2007 before Judge Granade.

On December 18, 2007, the court held an in camera hearing with counsel, at which the court heard the parties arguments with respect to their motions in limine.  Plaintiff's motion in limine (Doc. 74) was **GRANTED**, and defendant's motion in limine (Doc. 75) was **DENIED** for the reasons as set forth on the record.  The jury was then duly sworn, and trial commenced.

Plaintiff presented its case-in-chief on December 18 and 19, 2007, and rested.  At the close of the plaintiff's case, the defendant orally moved for the court for instruction to the jury as to plaintiff's reading of Thomas Jackson's examination testimony on the record (Doc. 77), and said motion was **DENIED** for the reasons as set forth on the record.  The plaintiff then filed a written motion for judgment as a matter of law (Doc. 78), and said motion was **DENIED** for the reasons as set forth on the record.

The defendant presented her evidence on December 19, 2007, and rested.  At the close of all the evidence, the defendant file a written motion for judgment as a matter of law (Doc. 79), and said

motion was **DENIED**.

On December 20, 2007, the court held a charge conference with counsel, the respective parties presented their closing arguments to the jury, the court charged the jury on the applicable law, and the jury commenced their deliberations.

Now, on the 20th day of December, 2007, comes the jury who having heard the evidence, the arguments of counsel, the charge of the court and having considered the same upon their oaths, return their verdict (a copy of which is attached hereto) into open court with counsel present.

The parties are granted leave to file post trial motion no later than **January 9, 2008**.

By separate document, the court will enter judgment in accordance with the verdict of the jury.

**DONE and ORDERED** this the 20th day of December, 2007.

/s/ Callie V. S. Granade
CHIEF UNITED STATES DISTRICT JUDGE