IN THE UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | | |
|---|---|---|
| **ALLSTATE INSURANCE COMPANY,** | ) | |
| | ) | |
| **Plaintiff/Counter-defendant,** | ) | |
| | ) | |
| **vs.** | ) | **Civil Action No. 06-0554-CG-C** |
| | ) | |
| **MARY FORD JACKSON,** | ) | |
| | ) | |
| **Defendant/Counter-plaintiff.** | ) | |

## FINAL JUDGMENT

In accordance with the verdict of the jury entered herein, it is **ORDERED** that **JUDGEMENT** is hereby entered in favor of plaintiff/counter-defendant, Allstate Insurance Company, and against defendant/counter-plaintiff, Mary Ford Jackson.

Therefore, the court declares that no coverage is provided for the claims of defendant under the policy of insurance issued by Allstate Insurance Company to Mary Ford Jackson, and said policy is hereby declared void and of no effect.  The court further declares that Allstate Insurance Company has no obligation or duty to pay the claims for any damage to the defendant's property, inclusive of home and contents, caused by Hurricane Katrina on August 29, 2005, or for any claims for damage to the defendant's property, inclusive of home and contents, due to fire loss as the result of the fire that occurred on October 29, 2005.

The claims of counter-plaintiff for Breach of Contract, Count I, and Declaratory Judgment, Count III, are hereby **DISMISSED WITH PREJUDICE**.

In accordance with the court's order granting in part and denying in part the plaintiff's motion for summary judgment as to defendant's counter-claim (Doc. 42), it is further **ORDERED** and adjudged that **JUDGMENT** is hereby entered in favor of counter-defendant,

Allstate Insurance Company, as to the bad faith failure to pay claims, Counts II and IV, of the counter-plaintiff's counterclaim, and said claims are hereby **DISMISSED WITH PREJUDICE**.

Costs are to be taxed against the defendant.

**DONE and ORDERED** this the 20th day of December, 2007.

/s/ Callie V. S. Granade
CHIEF UNITED STATES DISTRICT JUDGE